**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samuel Jesse Garcia,<br>Plaintiff(s)<br>v.<br>Bandai Namco Entertainment America, Inc.,<br>Defendant(s) | CASE NUMBER:<br>8:25-cv-00967-DOC-PVCx<br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A video conference is set for Friday, March 6, 2026, at 11:00 a.m.

Instructions for how to access the Zoom webinar can be found on Judge Castillo's Procedures & Schedules page located on the Court's website (www.cacd.uscourts.gov/honorable-pedro-v-castillo).

Dated: March 4, 2026

By: Marlene Ramirez
Deputy Clerk