Mike Arias, Esq. (SBN 115385)
mike@aswtlawyers.com
Craig S. Momita, Esq. (SBN 163347)
craig@aswtlawyers.com
M. Anthony Jenkins, Esq. (SBN 171958)
anthony@aswtlawyers.com
Isaac Manoff, Esq. (SBN 347528)
isaac@aswtlawyers.com
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile:  (310) 861-0168

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL JESSE GARCIA individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANDAI NAMCO ENTERTAINMENT AMERICA, INC.,<br><br>Defendant. | CASE NO. 8:25-cv-00967-DOC-PVC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SAMUEL JESSE GARCIA and Defendant BANDAI NAMCO ENTERTAINMENT AMERICA, INC., through their respective counsel, that the above-captioned action is hereby dismissed

Page 1

**STIPULATION FOR VOLUNTARY DISMISSAL**

with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and fees in this action. This dismissal with prejudice is not the result of a settlement between the parties.

Dated:    March 9, 2026                    **ARIAS SANGUINETTI WANG & TEAM LLP**

                                            By:    */s/ Craig S. Momita*
                                                   MIKE ARIAS
                                                   CRAIG S. MOMITA
                                                   M. ANTHONY JENKINS
                                                   ISAAC MANOFF

                                                   *Attorneys for Plaintiff*

Dated:    March 9, 2026                    **MITCHELL SILBERBERG & KNUPP LLP**

                                            By:    */s/ Lucy H. Plovnick*
                                                   KARIN G. PAGNANELLI
                                                   LUCY H. PLOVNICK *(pro hac vice)*

                                                   *Attorneys for Defendant*

Page 2

**STIPULATION FOR VOLUNTARY DISMISSAL**